IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAVIL MINGASA GAMIL, *et al.*, | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-2010 (JR) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| *et al.,* | ) |
| | ) |
| Respondents. | ) |
| | ) |
| JABBAROW OYBEK JAMOLIVICH, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-2112 (RBW) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| *et al.,* | ) |
| | ) |
| Respondents. | ) |
| | ) |
| NAIF ABDULLA AL NAKHEELAN, *et al.*, | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) Civil Action No. 05-CV-2201 (ESH) |
| | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| *et al.,* | ) |
| | ) |
| Respondents. | ) |

|  |  |  |
|---|---|---|
| MOHAMMED AL AMIN, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2336 (PLF) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

|  |  |  |
|---|---|---|
| GHASSAN ABDULLAH AL | ) | |
| SHARBI, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2348 (EGS) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

|  |  |  |
|---|---|---|
| AHMED BEN BACHA, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2349 (RMC) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

|  |  |  |
|---|---|---|
| ABDULLAH WAZIR ZADRAN, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2367 (RWR) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

|  |  |  |
|---|---|---|
| ABDULLAH ALI SALEH GERAB | ) | |
| ALSAAEI, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2369 (RWR) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

|  |  |  |
|---|---|---|
| ABDUR RAZAKAH, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2370 (EGS) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

|  |  |  |
|---|---|---|
| AHMED AL DARBY, *et al.,* | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2371 (RCL) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

|  |  |  |
|---|---|---|
| ABDUL HALEEM, *et al.,* | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2376 (RBW) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

|  |  |  |
|---|---|---|
| ABDUL HAMID ABDUL SALAM AL-GHIZZAWI, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-CV-2378 (JDB) |
| | ) | |
| GEORGE W. BUSH, | ) | |
| President of the United States, | ) | |
| *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

- 4 -

|  |  |  |
|---|---|---|
| ADHAM MOHAMMED ALI AWAD, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2379 (JR) |
| GEORGE W. BUSH, President of the United States, *et al.,* | ) ) ) ) ) | |
| Respondents. | ) ) | |

|  |  |  |
|---|---|---|
| ZAKARIA AL-BAIDANY, *et al.*, | ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2380 (CKK) |
| GEORGE W. BUSH, President of the United States, *et al.,* | ) ) ) ) ) | |
| Respondents. | ) ) | |

|  |  |  |
|---|---|---|
| ISMAIL ALI AL RAMMI, *et al.*, | ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2381 (JDB) |
| GEORGE W. BUSH, President of the United States, *et al.,* | ) ) ) ) ) | |
| Respondents. | ) ) | |

|  |  |
|---|---|
| SALIM SAID, *et al.*, | ) |
|  | ) |
| Petitioners, | ) |
|  | ) |
| v. | ) Civil Action No. 05-CV-2384 (RWR) |
|  | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| *et al.,* | ) |
|  | ) |
| Respondents. | ) |

|  |  |
|---|---|
| AMER MOHAMMON, *et al.*, | ) |
|  | ) |
| Petitioners, | ) |
|  | ) |
| v. | ) Civil Action No. 05-CV-2386 (RBW) |
|  | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| *et al.,* | ) |
|  | ) |
| Respondents. | ) |

|  |  |
|---|---|
| JOBRAN SAAD AL-QUHTANI, *et al.,* | ) |
|  | ) |
| Petitioners, | ) |
|  | ) |
| v. | ) Civil Action No. 05-CV-2387 (RMC) |
|  | ) |
| GEORGE W. BUSH, | ) |
| President of the United States, | ) |
| *et al.,* | ) |
|  | ) |
| Respondents. | ) |

THABID, *et al.*,                                      )
                                                       )
      Petitioners,           )
                                                       )
      v.                     )     Civil Action No. 05-CV-2398 (ESH)
                                                       )
GEORGE W. BUSH,                                        )
    President of the United States,            )
    *et al.,*                                  )
                                                       )
      Respondents.           )
_____)
                                                       )
ALKHADR ABDULLAH AL YAFIE, *et al.*,)
                                                       )
      Petitioners,           )
                                                       )
      v.                     )     Civil Action No. 05-CV-2399 (RJL)
                                                       )
GEORGE W. BUSH,                                        )
    President of the United States,            )
    *et al.,*                                  )
                                                       )
      Respondents.           )
_____)
                                                       )
MOHAMMAD RIMI, *et al.*,                               )
                                                       )
      Petitioners,           )
                                                       )
      v.                     )     Civil Action No. 05-CV-2427 (RJL)
                                                       )
GEORGE W. BUSH,                                        )
    President of the United States,            )
    *et al.,*                                  )
                                                       )
      Respondents.           )
_____)

|  |  |  |
|---|---|---|
| TALAH AHMED MOHAMMED ALI ALMJRD, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2444 (RMC) |
| GEORGE W. BUSH, President of the United States, *et al.,* | ) ) ) ) | |
| Respondents. | ) ) | |

|  |  |  |
|---|---|---|
| SALEH ALI ABDULLAH AL SALAMI, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2452 (PLF) |
| GEORGE W. BUSH, President of the United States, *et al.,* | ) ) ) ) | |
| Respondents. | ) ) | |

|  |  |  |
|---|---|---|
| FAHD UMAR ABDULMAJID AL SHAREEF, *et al.*, | ) ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-2458 (RWR) |
| GEORGE W. BUSH, President of the United States, *et al.,* | ) ) ) ) | |
| Respondents. | ) ) | |

ANWAR KHAN, *et al.*,                    )
                                          )
        Petitioners,                     )
                                          )
        v.                               )          Civil Action No. 05-CV-2466 (RCL)
                                          )
GEORGE W. BUSH,                          )
    President of the United States,    )
    *et al.,*                          )
                                          )
        Respondents.                     )
_____)
                                          )
MUBARK HUSSEIN, *et al.*,                )
                                          )
        Petitioners,                     )
                                          )
        v.                               )          Civil Action No. 05-CV-2467 (PLF)
                                          )
GEORGE W. BUSH,                          )
    President of the United States,    )
    *et al.,*                          )
                                          )
        Respondents.                     )
_____)
                                          )
AHMED AL-DELEBANY, *et al.*,             )
                                          )
        Petitioners,                     )
                                          )
        v.                               )          Civil Action No. 05-CV-2477 (RMU)
                                          )
GEORGE W. BUSH,                          )
    President of the United States,    )
    *et al.,*                          )
                                          )
        Respondents.                     )
_____)

|  |  |
|---|---|
| GHANIM-ABDULRAHMAN<br>    AL-HARBI, *et al.*,<br><br>        Petitioners,<br><br>v.<br><br>GEORGE W. BUSH,<br>    President of the United States,<br>    *et al.,*<br><br>        Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)       Civil Action No. 05-CV-2479 (HHK) |

## <u>ATTORNEY APPEARANCE</u>

Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel

for respondents in the above-captioned cases.

Dated:  January 5, 2006                Respectfully submitted,

                              PETER D. KEISLER<br>                              Assistant Attorney General

                              KENNETH L. WAINSTEIN<br>                              United States Attorney

                              DOUGLAS N. LETTER<br>                              Terrorism Litigation Counsel

                                /s/ Terry M. Henry<br>                              JOSEPH H. HUNT (D.C. Bar No. 431134)<br>                              VINCENT M. GARVEY (D.C. Bar No. 127191)<br>                              TERRY M. HENRY<br>                              JAMES J. SCHWARTZ<br>                              PREEYA M. NORONHA<br>                              ROBERT J. KATERBERG<br>                              NICHOLAS J. PATTERSON<br>                              ANDREW I. WARDEN<br>                              EDWARD H. WHITE

MARC A. PEREZ
Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.  Room 7144
Washington, DC  20530
Tel:  (202) 514-4107
Fax:  (202) 616-8470

Attorneys for Respondents