IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANWAR KHAN
    *Petitioner,*

v.

GEORGE W. BUSH, et al.,
    *Respondents*

Civil Action No. 05-cv-02466 RCL

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the attorney listed below will represent Petitioner ANWAR KHAN (ISN 948) and HAIDER KHAN, as Next Friend of Anwar Khan in this matter. Service upon counsel may be made to the following attorney:

Jack Ratliff
Professor of Law Emeritus
Rapoport Center for Human Rights
University of Texas School of Law
727 East Dean Keeton St.
Austin, Texas 78705
Tel: 512 232 4857
Fax: 512 471 6988

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g) that he is representing Petitioner without compensation.

Dated July 21, 2006.

Respectfully submitted,

John Thomas (Jack) Ratliff
Professor of Law Emeritus
Rapoport Center for Human Rights
University of Texas School of Law
727 E. Dean Keeton St.
Austin, Texas 78705
Tel: 512 232 4857
Fax: 512 471 6988

RECEIVED
JUL 2 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**John T. (Jack) Ratliff**
**Rapopoport Center**
**University of Texas School of Law**
**727 East Dean Keeton St**
**Austin, Texas 78705**
**512 232 4857**
**Fax: 512 471 6988**

U. S. District Court for
The District of Columbia
Attn: Notice of Appearance
333 Constitution Ave. NW
Room 1825
Washington D. C. 20001

Re: Anwar Khan v. Geo. W. Bush, No. 05-cv-02466

Dear District Court:

I enclose for filing my Notice of Appearance in the captioned case. Please let me know if I need do anything further on this.

Sincerely,

Jack Ratliff