UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
------------------------------------------------------------ X
IN RE:                                                       )
                                                             )
PETITIONERS SEEKING HABEAS CORPUS                            )   Misc. No. 08-0444 (TFH)
RELIEF IN RELATION TO PRIOR                                  )
DETENTIONS AT GUANTANAMO BAY                                 )   Civil Action No. 05-2466 (RCL)
                                                             )
                                                             )
------------------------------------------------------------ X
```

## STATUS REPORT FOR PETITIONER ANWAR KHAN

On December 23, 2005, Petitioner Anwar Khan, ISN #948 ("Petitioner") filed a Petition for Writ of *Habeas Corpus* challenging his detention at Guantanamo Bay. Upon information and belief, Petitioner was deemed to be an "enemy combatant" by a Combatant Status Review Tribunal conducted at Guantanamo Bay. On or around October 2006, Respondents notified Petitioner's counsel that Petitioner had been transferred to the custody of the government of Afghanistan.

Based on his subsequent release to the government of Afghanistan and evidence that the United States Government has determined that Petitioner does not pose a threat to the United States or its allies and in reliance on Respondents' notification to this Court that Respondents have "relinquished custody of petitioner Anwar Khan"[1] and our present understanding that Petitioner is not in U.S. custody or otherwise being detained under color or authority of U.S. law, Petitioner does not oppose the dismissal of his case before this Court.

---

[1] Respondents' Notice of Transfer of Petitioner filed on October 24, 2006.

Dated: July 14, 2008

Respectfully submitted,

/s/ Kristine Huskey
Kristine A. Huskey (D.C. Bar #462979)
Scott Sullivan
National Security & Human Rights Clinic
University of Texas School of Law
727 East Dean Keeton St.
Austin, TX 78705
Tel: 512-232-3657
Fax: 512-232-0800


Shayana D. Kadidal
D.C. Bar ID #454248
Center for Constitutional Rights
666 Broadway, 7th Floor
New York, New York 10012
Tel: 212-614-6438
Fax: 212-614-6499


*Counsel for Petitioner Anwar Khan*